**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CANONICUS EPOXY PLUS, INC., Plaintiff,

v.

STANDARD MANAGEMENT CORP. Defendant.

C.A. No. 08- CA 08 309ML

**NOTICE OF REMOVAL OF THE DEFENDANT,**
**STANDARD MANAGEMENT CORPORATION**

Defendant Standard Management Corporation requests, pursuant to 28 U.S.C. § 1446(a) that the above action be removed from the Rhode Island Superior Court to the United States District Court for the District of Rhode Island. As grounds for removal, the defendant states the following:

1. Defendant Standard Management Corporation is the defendant in a civil action that is pending in the Providence County Superior Court, C.A. No. 08-4690;

2. On information and belief, the defendant first received notice of the Complaint on July 18, 2008, when plaintiff Canonicus Epoxy Plus, Inc. served a copy of the plaintiff's Complaint on the defendant via certified return receipt mail. On July 18, 2008 the plaintiff also filed a Proof of Service with the Court. A true and correct copy of the Complaint and Summons is attached as Exhibit A;

3. On information and belief, the plaintiff is a business corporation organized and existing under the laws of the State of Rhode Island with a principal place of business located at 225 Conant Street in Pawtucket, RI.

4. Defendant Standard Management Corporation is a subchapter "S" corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business at 60 McLean Street in Wellesley, Massachusetts;

5. This Court has jurisdiction over the above action pursuant to 28 U.S.C. § 1332 as the plaintiff alleges that the matter in controversy exceeds $75,000, exclusive of interests and costs, and this action has been commenced against a corporation that is incorporated in and has its principal place of business in a different state from the plaintiff. (See complaint.)

WHEREFORE, defendant Standard Management Corporation requests that the above action now pending in the Providence County Superior Court in the State of Rhode Island be removed to the United States District Court for the District of Rhode Island.

The Defendant,
Standard Management Corp.,
By its Attorneys,

Sheri L. Pizzi (spizzi@taylorduane.com)
R.I. Bar No. 5720
Timothy J. Groves (tgroves(taylorduane.com)
R.I. Bar No. 7596
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171/401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Timothy J. Groves, attorney for defendant, Standard Management Corp., hereby certify that on August 15, 2008, I mailed a copy of the foregoing:

1. Notice of Removal of the Defendant Standard Management Corporation

by certified mail, return receipt requested to:

Kelly N. Michels, Esq. (#6478)
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2202

J. Benjamin Staherski, Esq.
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Timothy J. Groves