STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

08 309

CANONICUS EPOXY PLUS, INC.

Plaintiff

v.

STANDARD MANAGEMENT CORP.

Defendants.

C.A. NO: 08 - 4690

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff, Canonicus Epoxy Plus, Inc., complaining of defendant, Standard Management Corp., avers as follows:

1. Plaintiff, Canonicus Epoxy Plus, Inc. (hereinafter "plaintiff" or "Canonicus"), is a business corporation duly organized and existing under the laws of the state of Rhode Island with a principal place of business located at 225 Conant Street, Pawtucket, RI 02860.

2. Defendant, Standard Management Corp. is a Massachusetts corporation which, at all times relevant hereto, maintained a principal office at 60 McLean Street, Wellesley, Massachusetts, and owned a property located at 354 Pine Street, Pawtucket, Rhode Island.

3. Upon information and belief, on or before March 28, 2007 the defendant was conducting environmental remediation at the property located at 354 Pine Street, Pawtucket, Rhode Island.

4. Upon information and belief, on or before March 28, 2007 the defendant deactivated the sprinkler system and shut off the power to the building, which deactivated the alarm system, at 354 Pine Street, Pawtucket, Rhode Island.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 JUL 16 P 3:46

5. On or about March 28, 2007, a fire started in Standard Management's building located at 354 Pine Street, Pawtucket, Rhode Island.

6. As a direct and proximate result of the deactivation of the sprinkler and alarm system at defendants' property, the fire spread to Canonicus' property located at 225 Conant Street, Pawtucket, Rhode Island, causing substantial damage to, *inter alia*, its real and business personal property and an interruption to its business.

## COUNT I – NEGLIGENCE

7. Plaintiff incorporates by reference the averments contained in all previous paragraphs of this Complaint as though the same were fully set forth at length herein.

8. At all times material hereto, defendant owed a duty to the public and its neighbors, including plaintiff, to maintain, inspect, and otherwise care for their premises, which included maintaining an active sprinkler and alarm system at their premises.

9. At all times material hereto, defendant owed a duty to plaintiff to maintain their sprinkler and alarm systems in a manner consistent with the standard of care recognized and ordinarily applied by reasonably prudent business owners and operators.

10. Defendant breached its duty of care to plaintiff and acted negligently in failing to maintain, use, inspect and otherwise care for its premises in a manner that conforms to the standard of care ordinarily used by reasonably prudent business owners and operators under the circumstances.

11. The fire, and resulting damage to plaintiff's property, and related damage, was caused by and resulted from the negligent, careless and reckless disregard and/or other liability producing conduct of defendant, by and through its agents, servants, workmen, sub-agents,

13. As a result of the fire, Canonicus Epoxy Plus, Inc. incurred approximately $188,000.00 in damage to and destruction of its real and business personal property and business interruption, together with extra expenses and other incidental and consequential damages.

**WHEREFORE**, plaintiff demands judgment in its favor and against defendant for damages, pre-judgment interest, costs, attorneys' fees and other damages as may properly be awarded by the Court.

Respectfully submitted,

BY: Kelly N. Michels

Kelly N. Michels, Esq. #6478
**HANSON CURRAN, LLP**
The Francis Building
146 Westminster Street
Providence, Rhode Island 02903-2202
(401) 421-2154
Attorneys for Plaintiff
Canonicus Epoxy Plus, Inc.

Dated: 7/15/08



PHLDMS1 4324046v.1