**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CANONICUS EPOXY PLUS, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 08- |
| STANDARD MANAGEMENT CORP. Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT STANDARD MANAGEMENT CORP.**

Defendant Standard Management Corp., pursuant to Fed. R. Civ. P. 7.1 states as follows for its Corporate Disclosure Statement: Standard Management Corp. is a subchapter "S" corporation. It has no parent corporation and no publically held corporation owns 10% or more of its stock.

The Defendant,
Standard Management Corp.,
By its Attorneys,

Sheri L. Pizzi (spizzi@taylorduane.com)
R.I. Bar No. 5720
Timothy J. Groves (tgroves(taylorduane.com)
R.I. Bar No. 7596
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171/401.273.2904 – Fax

**CERTIFICATE OF SERVICE**

I, Timothy J. Groves, attorney for defendant, Standard Management Corp., hereby certify that on August 15, 2008, I mailed a copy of the Corporate Disclosure Statement of Standard Management Corp. by certified mail, return receipt requested to:

Kelly N. Michels, Esq. (#6478)
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2202

J. Benjamin Staherski, Esq.
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Timothy J. Groves