STATE ... RHODE ISLAND AND PROVIDENCE PLA... ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-4690 CANONICUS EPOXY PLUS V SNATDARD MANAGEMENT CORP

Filing Date: 07-16-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PROPERTY DAMAGE
Status Date: 08-15-2008

Plaintiff: CANONICUS EPOXY PLUS INC
ID: @11040121

Attorney: KELLY MICHELS

Defendant: STANDARD MANAGEMENT CORP
ID: @11040123

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-16-2008 | COMPLAINT FILED | |
| 07-16-2008 | INITIAL FILING FEE | |
| 07-17-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP277660. |
| 08-15-2008 | NOTICE OF REMOVAL | |
| 08-15-2008 | CASE REMVD TO US DISTRICT CT | CA # 08-309ML |
| 08-15-2008 | OTH DOC FILED DURING DISCOV | |
| 08-15-2008 | ANSWER FILED | TO PLTFS COMPLAINT<br>Affiliated: STANDARD MANAGEMENT CORP |

FILED

AUG 15 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

**STATE OF RHODE ISLAND**
**PROVIDENCE, S.C.**

**SUPERIOR COURT**

| | | |
|---|---|---|
| **CANONICUS EPOXY PLUS, INC.** | : | |
| **Plaintiff** | : | **C.A. NO: 08 -** 4690 |
| **v.** | : | |
| **STANDARD MANAGEMENT CORP.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

**COMPLAINT**

Plaintiff, Canonicus Epoxy Plus, Inc., complaining of defendant, Standard Management Corp., avers as follows:

1. Plaintiff, Canonicus Epoxy Plus, Inc. (hereinafter "plaintiff" or "Canonicus"), is a business corporation duly organized and existing under the laws of the state of Rhode Island with a principal place of business located at 225 Conant Street, Pawtucket, RI 02860.

2. Defendant, Standard Management Corp. is a Massachusetts corporation which, at all times relevant hereto, maintained a principal office at 60 McLean Street, Wellesley, Massachusetts, and owned a property located at 354 Pine Street, Pawtucket, Rhode Island.

3. Upon information and belief, on or before March 28, 2007 the defendant was conducting environmental remediation at the property located at 354 Pine Street, Pawtucket, Rhode Island.

4. Upon information and belief, on or before March 28, 2007 the defendant deactivated the sprinkler system and shut off the power to the building, which deactivated the alarm system, at 354 Pine Street, Pawtucket, Rhode Island.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 JUL 16 P 3:46

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

5. On or about March 28, 2007, a fire started in Standard Management's building located at 354 Pine Street, Pawtucket, Rhode Island.

6. As a direct and proximate result of the deactivation of the sprinkler and alarm system at defendants' property, the fire spread to Canonicus' property located at 225 Conant Street, Pawtucket, Rhode Island, causing substantial damage to, *inter alia*, its real and business personal property and an interruption to its business.

**COUNT I – NEGLIGENCE**

7. Plaintiff incorporates by reference the averments contained in all previous paragraphs of this Complaint as though the same were fully set forth at length herein.

8. At all times material hereto, defendant owed a duty to the public and its neighbors, including plaintiff, to maintain, inspect, and otherwise care for their premises, which included maintaining an active sprinkler and alarm system at their premises.

9. At all times material hereto, defendant owed a duty to plaintiff to maintain their sprinkler and alarm systems in a manner consistent with the standard of care recognized and ordinarily applied by reasonably prudent business owners and operators.

10. Defendant breached its duty of care to plaintiff and acted negligently in failing to maintain, use, inspect and otherwise care for its premises in a manner that conforms to the standard of care ordinarily used by reasonably prudent business owners and operators under the circumstances.

11. The fire, and resulting damage to plaintiff's property, and related damage, was caused by and resulted from the negligent, careless and reckless disregard and/or other liability producing conduct of defendant, by and through its agents, servants, workmen, sub-agents,

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

employees and/or representatives acting within the course and scope of its employment, said acts and/or omissions included:

(a) failing to care for, maintain, and/or inspect the sprinkler and alarm systems at their property;

(b) disconnecting the sprinkler system at their property;

(c) shutting off the power to the building, knowing that the alarm system would be deactivated at their property;

(d) failing to maintain the sprinkler and alarm systems at their property in violation of local, state, NFPA and applicable building codes;

(e) fostering an unsafe condition at their premises that placed the public, including plaintiff's insured, at an unnecessary risk of harm;

(f) failing to notify the fire department or other local authorities that they were disconnecting the sprinkler system and shutting off the power to their building;

(g) failing to warn plaintiff's insured that they disconnected the sprinkler and alarm systems, and warning them of the danger this posed to plaintiff's insured's business and property;

(h) otherwise failing to exercise due care and skill under the circumstances; and

(i) failing to take all reasonable and necessary steps and precautions to protect neighboring properties from the potential spread of fire.

12. As a direct and proximate result of the negligent acts and omissions of defendant, as set forth above, the fire spread to plaintiff's property, causing substantial damage to, *inter alia*, its real and business personal property and interruption to its business.

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

13. As a result of the fire, Canonicus Epoxy Plus, Inc. incurred approximately $188,000.00 in damage to and destruction of its real and business personal property and business interruption, together with extra expenses and other incidental and consequential damages.

**WHEREFORE**, plaintiff demands judgment in its favor and against defendant for damages, pre-judgment interest, costs, attorneys' fees and other damages as may properly be awarded by the Court.

Respectfully submitted,

BY: Kelly N. Michels

Kelly N. Michels, Esq. #6478
**HANSON CURRAN, LLP**
The Francis Building
146 Westminster Street
Providence, Rhode Island 02903-2202
(401) 421-2154
Attorneys for Plaintiff
Canonicus Epoxy Plus, Inc.

Dated: 7/15/08

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE # 08-4690

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| CANONICUS EPOXY PLUS, INC. | STANDARD MANAGEMENT CORP. |
| PLAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK **ONE** APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) **AA** AGENCY APPEAL | ( ) **EX** EXCESSIVE TAX | ( ) **PR** PARTITION |
| ( ) **AB** ASSAULT & BATTERY | ( ) **FF** FORFEITURE | ( ) **RC** REINSTATE CHARTER |
| ( ) **AE** ASBESTOS CASES | ( ) **FG** FOREIGN JUDGMENT | ( ) **PT** PROMISSARY NOTE |
| ( ) **AI** ANTI-TRUST | ( ) **FS** FRIENDLY SUIT | ( ) **RY** REAL PROPERTY |
| ( ) **BA** BOOK ACCOUNT | ( ) **ID** PER INJURY/PROP DAM/VEH | ( ) **SA** SEXUAL ABUSE |
| ( ) **BP** BILL OF RIGHTS-POLICE OFF | ( ) **IJ** INJUNCTIVE RELIEF | ( ) **SF** SPECIFIC PERFORMANCE |
| ( ) **CH** CIVIL RIGHTS/JOB DISCRIM | ( ) **IP** INTERPLEADER | ( ) **SX** SEXUAL HARASSMENT |
| ( ) **CI** CRIMINAL INJURY COMP | ( ) **LC** LEAD CASE | ( ) **TD** CONTRACT DAMAGES |
| ( ) **CL** COMMON LAW ASSIGNMENT | ( ) **LS** LIBEL/SLANDER | ( ) **TE** TRESSPASS & EJECTMENT |
| ( ) **CM** COMMON LAW LIEN | ( ) **ME** MALPRACTICE/LEGAL | ( ) **TO** TITLE CLEARING |
| ( ) **CS** CONVERSION | ( ) **MM** MALPRACTICE/MEDICAL | ( ) **TV** TRUSTEE/APPT CONVEY TITLE |
| ( ) **CV** CRIMINAL CONVERSION | ( ) **MO** MALPRACTICE/OTHER | ( ) **TG** TRUSTEE/ACCOUNTING |
| ( ) **CH** CIVIL RIGHTS/JOB DISCRIMIN | ( ) **OV** OTHER CIVIL ACTION | ( ) **UM** UNINSURED MOTORIST |
| ( ) **DJ** DECLARATORY JUDGMENT | X X **PB** PROPERTY DAMAGES | ( ) **WM** WRIT OF MANDAMUS |
| ( ) **DG** RECOVERY OF DAMAGES | ( ) **PG** PROPERTY DAMAGES/VEH | ( ) **WR** WRIT OF REPLEVIN |
| ( ) **DB** DEBT ON JUDGMENT | ( ) **PI** PERSONAL INJURY | ( ) **WD** WRONGFUL DEATH |
| ( ) **DD** DECEPTIVE TRADE PRACTICE | ( ) **PJ** PERSONAL INJURY/VEHICLE | |
| ( ) **DN** DENIAL OF PROBATE CLAIM | ( ) **PL** PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) **AC** ARBITRATION/CONFIRM | ( ) **GJ** GRAND JURY INVESTIGATION | ( ) **PX** PETITION TO EXPUNGE |
| ( ) **AD** ARBITRATION AWARD | ( ) **HC** HABEAS CORPUS | ( ) **PY** PETITION INVENT (WIRE TAP) |
| ( ) **AS** ASSESSMENT OF DAMAGES | ( ) **LN** LEVEL COMMUN NOTIFICATION | ( ) **RB** ARBITRATION REFERRAL |
| ( ) **CE** CONDEMNATION | ( ) **ML** MECHANICS LIEN | ( ) **RP** RULE 5A PETITION |
| ( ) **CN** CONFIRM COMPROMISE | ( ) **MW** MATERIAL WITNESS | ( ) **RV** RECEIVERSHIP |
| ( ) **CP** CONTEMPT | ( ) **OM** OTHER MISC PETITION | ( ) **SO** SEXUAL VIOLENT PREDATOR |
| ( ) **DI** DISCLAIMER | ( ) **OW** OUT OF STATE WITNESS | ( ) **TA** APPOINTMENT OF TRUSTEE |
| ( ) **DS** DISSOLUTION OF CORP | ( ) **PC** POST CONVICTION RELIEF | ( ) **TC** TITLE CLEARING (TAX TITLE) |
| ( ) **DT** DECLINATION OF TRUSTEE | ( ) **PD** PETITION TO TAKE DEPO | ( ) **TL** FORECLOSURE/TAX LIEN |
| ( ) **EN** END PARTNERSHIP | ( ) **PM** PETITION FOR IMMUNITY | ( ) **TS** TRUSTEE SUCCESSOR |
| ( ) **FC** FORFEITURE OF CHARTER | ( ) **PO** PETITION FOR CONSTABLE | ( ) **VC** VACATE ARBITRATION |
| ( ) **FL** FORECLOSURE RIGHTS REDEM | ( ) **PS** PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) **GD** GUARDIANSHIP | ( ) **OA** OTHER PROBATE APPEAL | ( ) **WL** WILL |
| ( ) **NC** NAME CHANGE | ( ) **TU** TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL XX YES ( ) NO IF YES: XX JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION# KELLY N. MICHELS, ESQ. #6478 DATE: 7-16-08 7/16/08

SC223 (REV05-05)

SUPERIOR COURT FILED HENRY S. KINCH JR., CLERK 2008 JUL 16 P 3:46

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TAYLOR
DUANE
BARTON&
GILMANLLP
ATTORNEYS AT LAW

WRITER'S EMAIL ADDRESS:
tgroves@taylorduane.com

August 15, 2008

Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Re: Canonicus Epoxy Plus, Inc. v. Standard Management Corp.
Providence County Superior Court C.A. No. 08-4690

Dear Sir or Madam:

We enclose the following for filing:

1. Notice of Notice of Removal to the United States District Court for the District of Rhode Island which incorporates as Exhibit A, a Certified Copy of Notice of Removal, which was filed earlier with the United States District Court for the District of Rhode Island.

We hereby request certified or attested copies of all records and proceedings in this matter on file with the Court and a certified or attested copy of all docket entries in this matter for filing with the office of the Clerk of the United States District Court for the District of Rhode Island.

Thank you for your assistance in this matter.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 AUG 15 A 10: 53

Very truly yours,

Timothy J. Groves

TJG/
Enclosures
cc: Kelly Michels, Esq.
J. Benjamin Saherski, Esq.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# CERTIFICATE OF SERVICE

I, Timothy J. Groves, attorney for defendant, Standard Management Corp., hereby certify that on August 15, 2008, I mailed a copy of the foregoing:

1. Notice of Notice of Removal to the United States District Court for the District of Rhode Island

by certified mail, return receipt requested to:

Kelly N. Michels, Esq. (#6478)
Hanson Curran, LLP
The Francis Building
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154

J. Benjamin Staherski, Esq.
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7020

Timothy J. Groves

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TAYLOR
DUANE
BARTON&
GILMANLLP
ATTORNEYS AT LAW

WRITER'S EMAIL ADDRESS:
tgroves@taylorduane.com

August 15, 2008

CA 08 309ML

Civil Court Clerk
United States District Court
Federal Building
Providence, RI 02903

Re: Canonicus Epoxy Plus, Inc. v. Standard Management Corp.
Providence County Superior Court C.A. No. 08-4690

RECEIVED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

Dear Sir or Madam:

We enclose for filing the following documents in relation to Defendant Standard Management Corp.'s removal of this action from the Rhode Island Superior Court, Providence County, to the United States District Court for the District of Rhode Island.

1. Notice of Removal (original and one copy);
2. United State District Court Civil Cover Sheet; and
3. Check no. 11353 payable to the Clerk, USDC in the amount of $350.00.
4. Corporate Disclosure Statement of Standard Management Corp.

Please certify the copy of the Notice of Removal so that we may serve and file it.

Thank you for your assistance in this matter.

Very truly yours,

Timothy J. Groves

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 AUG 15 A 10:52

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TJG/
Enclosures
cc: Kelly Michels, Esq.
J. Benjamin Saherski, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CANONICUS EPOXY PLUS, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 08- CA 08 309 ML |
| STANDARD MANAGEMENT CORP. Defendant. | ) | |

**NOTICE OF REMOVAL OF THE DEFENDANT, STANDARD MANAGEMENT CORPORATION**

Defendant Standard Management Corporation requests, pursuant to 28 U.S.C. § 1446(a) that the above action be removed from the Rhode Island Superior Court to the United States District Court for the District of Rhode Island. As grounds for removal, the defendant states the following:

1. Defendant Standard Management Corporation is the defendant in a civil action that is pending in the Providence County Superior Court, C.A. No. 08-4690;

2. On information and belief, the defendant first received notice of the Complaint on July 18, 2008, when plaintiff Canonicus Epoxy Plus, Inc. served a copy of the plaintiff's Complaint on the defendant via certified return receipt mail. On July 18, 2008 the plaintiff also filed a Proof of Service with the Court. A true and correct copy of the Complaint and Summons is attached as Exhibit A;

3. On information and belief, the plaintiff is a business corporation organized and existing under the laws of the State of Rhode Island with a principal place of business located at 225 Conant Street in Pawtucket, RI.

4. Defendant Standard Management Corporation is a subchapter "S" corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business at 60 McLean Street in Wellesley, Massachusetts;

5. This Court has jurisdiction over the above action pursuant to 28 U.S.C. § 1332 as the plaintiff alleges that the matter in controversy exceeds $75,000, exclusive of interests and costs, and this action has been commenced against a corporation that is incorporated in and has its principal place of business in a different state from the plaintiff. (See complaint.)

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 AUG 15 A 10: 53

True Copy Attest
H. S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

WHEREFORE, defendant Standard Management Corporation requests that the above action now pending in the Providence County Superior Court in the State of Rhode Island be removed to the United States District Court for the District of Rhode Island.

The Defendant,
Standard Management Corp.,
By its Attorneys,

Sheri L. Pizzi (spizzi@taylorduane.com)
R.I. Bar No. 5720
Timothy J. Groves (tgroves(taylorduane.com)
R.I. Bar No. 7596
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171/401.273.2904 – Fax

## CERTIFICATE OF SERVICE

I, Timothy J. Groves, attorney for defendant, Standard Management Corp., hereby certify that on August 15, 2008, I mailed a copy of the foregoing:

1. Notice of Removal of the Defendant Standard Management Corporation

by certified mail, return receipt requested to:

Kelly N. Michels, Esq. (#6478)
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2202

J. Benjamin Staherski, Esq.
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Timothy J. Groves

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

True Copy
DAVID A. DIMARZIO
By Deputy Clerk