STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

CANONICUS EPOXY PLUS, INC.,
Plaintiff,

v.

STANDARD MANAGEMENT CORP.
Defendant.

C.A. No. 08-4690

**ANSWER OF DEFENDANT STANDARD MANAGEMENT CORP.**
**TO THE PLAINTIFF'S COMPLAINT**

1. The defendant is without information sufficient to admit or deny the allegations contained in this paragraph of the plaintiff's Complaint and, therefore, leaves plaintiff to its proof at trial.

2. The defendant admits the allegation contained in this paragraph of the plaintiff's complaint.

3. The defendant admits that environmental remediation was being conducted at 354 Pine Street, Pawtucket, RI. The defendant denies the remaining allegations contained in this paragraph of the plaintiff's complaint.

4. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint.

5. The defendant is without information sufficient to admit or deny the allegations contained in this paragraph of the plaintiff's Complaint and, therefore, leaves plaintiff to its proof at trial.

6. The defendant denies the allegation contained in this paragraph of the plaintiff's complaint.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 AUG 15 A 10: 50

## COUNT I – NEGLIGENCE

7. The defendant incorporates by reference the answers contained in all previous paragraphs of this answer as though the same were fully set forth at length herein.

8. This paragraph of the plaintiff's complaint sets forth a legal conclusion rather than a factual allegation and, therefore, no response is required. To the extent that a response is deemed necessary, the defendant denies the allegations in this paragraph of the plaintiff's complaint accurately set forth the defendant's duties at law.

9. This paragraph of the plaintiff's complaint sets forth a legal conclusion rather than a factual allegation and, therefore, no response is required.

10. The defendant denies the allegation contained in this paragraph of the plaintiff's complaint.

11. The defendant denies the allegation contained in this paragraph of the plaintiff's complaint.

13.[sic.] The defendant denies the allegation contained in this paragraph of the plaintiff's complaint.

The defendant denies that the plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Having denied each and every allegation set forth in the plaintiff's complaint not specifically admitted above, the defendant, by way of affirmative defense, states and avers as follows:

## FIRST AFFIRMATIVE DEFENSE

The allegations contained in the plaintiff's complaint fail to state a claim for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

If plaintiff suffered damages as alleged in the plaintiff's complaint, which the defendant expressly denies, then the damages were caused by a third person(s) over whom the defendant had no control, and for whom the defendant is not legally responsible.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims against the defendant are barred by the doctrine of superceding/intervening causation.

## FOURTH AFFIRMATIVE DEFENSE

The negligence of the plaintiff caused or contributed to cause the injuries of which the plaintiff complains and any liability should, accordingly, be apportioned between the plaintiff and the defendant pursuant to R.I. Gen. Laws § 9-20-4.

**THE DEFENDANT DEMANDS A JURY TRIAL.**

The Defendant,
Standard Management Corp.,
By his Attorneys,

Sheri L. Pizzi
R.I. Bar No. 5720
Timothy J. Groves
R.I. Bar No. 7596
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

401.273.7171
401.273.2904 – Fax

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# CERTIFICATE OF SERVICE

I, Timothy J. Groves, attorney for defendant, Standard Management Corp., hereby certify that on August 15, 2008, I mailed a copy of the foregoing:

1. Answer of Defendant Standard Management Corp. to the Plaintiff's Complaint

by certified mail, return receipt requested to:

Kelly N. Michaels, Esq. (#6478)
Hanson Curran, LLP
The Francis Building
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154

J. Benjamin Staherski, Esq.
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7020

Timothy J. Groves

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island