**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CANONICUS EPOXY PLUS, INC.** | : | |
| | : | |
| **Plaintiff** | : | **C.A. NO: 08 – 309ML** |
| | : | |
| **v.** | : | |
| | : | |
| **STANDARD MANAGEMENT CORP.** | : | |
| **Defendant.** | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Canonicus Epoxy Plus, Inc., hereby moves that J. Benjamin Staherski, Esquire be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Kelly N. Michels
Print Name
RI Bar ID # 6478
Firm and Business Address:
Hanson Curran
Email: knm@hansoncurran.com
The Francis Building
146 Westminster Street
Providence, Rhode Island 02903-2202
Tel. # : 401-421-2154
Fax # 401-521-7040

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________________
Date

**PROOF OF SERVICE**

I hereby certify that on this 16th day of September, 2008, I served the within motions by mailing a copy of same to Sheri L. Pizzi, Esquire Taylor, Duane, Barton & Gilman, LLP, 10 Dorrance Street, Providence, RI 02903 and via regular mail to J. Benjamin Staherski, Esquire, White and Williams, LLP, 1800 One Liberty Place, Philadelphia, PA 19103.

/s/ Kelly Michels
Kelly N. Michels, Esq. #6478